**May 30, 1997**

| | | |
|---|---|---|
| 18171 | Danielsen v. Danielsen | Affirmed |
| 19214 | Wolfberg v. Roberts | Affirmed |

**June 2, 1997**

| | | |
|---|---|---|
| 18810 | State v. Hutch | Affirmed |

**June 3, 1997**

| | | |
|---|---|---|
| 19844 | State v. Ariz | Affirmed |
| 19741 | State v. Worsham | Affirmed |
| 18012 | State by Doi v. Cades Schutte Fleming & Wright | Affirmed |

**June 4, 1997**

| | | |
|---|---|---|
| 18755 | State v. Lewis | Vacated |

**June 9, 1997**

| | | |
|---|---|---|
| 20090 | State v. Jones | Affirmed |
| 19511 | State v. Laulusa | Affirmed |
| 19065 | State v. Ritchie | Affirmed |
| 19003 | Wiggins v. Damasiewicz | Affirmed |

**June 12, 1997**

| | | |
|---|---|---|
| 18734 | Eggers v. Child Support Enforcement Agency of the State | Affirmed |
| 18235 | Goss v. Bal | Affirmed |
| 18811 | Jubran v. Board of Zoning Appeals of the City and County of Honolulu | Affirmed |
| 18688 | State v. Kupo | Affirmed |
| 18621 | Wright & Kirschbraun v. Kimmel | Affirmed |

**June 13, 1997**

| | | |
|---|---|---|
| 19561 | State v. Goleniewski | Affirmed |